UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAMARIS LOPEZ DE ROSARIO, on behalf of herself, individually, and on behalf of all others similarly-situated,

                              Plaintiff,

   -against-

ELITE AIRLINE LINEN OF NEW YORK, INC., d/b/a ROYAL AIRLINE LINEN OF NEW YORK INC., and SANDOFRESH CLEANING SERVICE, INC.,

                              Defendants.

---

Docket No.: 20-cv-02182-EK-JRC

NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs DAMARIS LOPEZ DE ROSARIO, GABRIELA ACEVEDO VILLALOBOS, and DALIA YAKIRA VILLALOBOS, hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
        March 1, 2022

                              Respectfully submitted,

                              BORRELLI & ASSOCIATES, P.L.L.C.
                              *Attorneys for Plaintiffs*
                              910 Franklin Ave., Suite 200
                              Garden City, New York 11530
                              Tel. No. (516) 248-5550
                              Fax: (516) 248-6027

             By: _____
                              ANDREW C. WEISS (5560537)
                              ALEXANDER T. COLEMAN (AC 8151)
                              MICHAEL J. BORRELLI (MB 8533)