UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMARIS LOPEZ DE ROSARIO, on behalf of
herself, individually, and on behalf of all others
similarly-situated,

                                 Plaintiff,                      JUDGMENT

     v.                                                              20-cv-02182-EK-JRC

ELITE AIRLINE LINEN OF NEW YORK, INC.,
d/b/a ROYAL AIRLINE LINEN OF NEW
YORK INC., and SANDOFRESH CLEANING
SERVICE, INC.,

                                 Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 2, 2022; and Defendants Elite Airline Linen of New York, Inc. d/b/a Royal Airline Linen of New York Inc. and Sandofresh Cleaning Service, Inc., having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Damaris Lopez De Rosario and opt-in Plaintiffs Gabriela Acevedo Villalobos and Dalia Villalobos in the total amount of one hundred fifteen thousand dollars ($115,000), inclusive of all attorneys' fees, costs, and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiffs' Complaint, based upon facts existing as of the date of acceptance of the offer; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Damaris Lopez De Rosario and opt-in Plaintiffs Gabriela Acevedo Villalobos and Dalia Villalobos and against Defendants Elite Airline Linen of New York, Inc. d/b/a Royal Airline Linen of New York Inc. and Sandofresh Cleaning Service, Inc, in the total amount of one hundred fifteen thousand dollars ($115,000), inclusive of all attorneys' fees, costs, and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiffs' Complaint, based upon facts existing as of the date of acceptance of the offer.

The total sum of one hundred fifteen thousand dollars ($115,000) shall be paid in six (6) monthly installments, the total of all payments shall be as follows:

(a) Thirty-two thousand eight hundred ninety-five dollars and sixty-two cents ($32,895.62), less applicable deductions and withholdings, payable to Plaintiff Damaris Lopez De Rosario, for which a Form W-2 will be issued pursuant to IRS regulations;

(b) Thirty-two thousand eight hundred ninety-five dollars and sixty-two cents ($32,895.62), payable to Plaintiff Damaris Lopez De Rosario, for which a Form 1099 will be issued;

(c) Three thousand twenty-four dollars and eighty-eight cents ($3,024.88), less applicable deductions and withholdings, payable to Plaintiff Acevedo Villalobos, for which a Form W-2 will be issued pursuant to IRS regulations;

(d) Three thousand twenty-four dollars and eighty-nine cents ($3,024.89), payable to Plaintiff Acevedo Villalobos, for which a Form 1099 will be issued;

(e) One thousand eight hundred ninety dollars and fifty-five cents ($1,890.55), less applicable deductions and withholdings, payable to Plaintiff Dalia Villalobos, for which a Form W-2will be issued pursuant to IRS regulations;

(f) One thousand eight hundred ninety dollars and fifty-six cents ($1,890.56), payable to Plaintiff Dalia Villalobos, for which a Form 1099 will be issued; and

(g) Thirty nine thousand three hundred seventy seven dollars and eighty eight cents ($39,377.88), payable to Borrelli & Associates, as and for Plaintiffs' attorneys' fees and costs, for which a Form 1099 will be issued. The first payment of nineteen thousand one hundred sixty six dollars and seventy cents ($19,166.70) shall be made

within thirty (30) calendar days of the day this offer of judgment is filed by Plaintiffs with this Court, together with a notice of acceptance of it, to be followed by five (5) subsequent payments, each of nineteen thousand one hundred sixty six dollars and sixty six cents ($19,166.66) at monthly intervals on the same day of each month that the first payment was due until payment is complete.

Plaintiffs' acceptance of this offer of judgment is in full and final satisfaction and resolution of all claims and damages asserted or that could have been asserted by Plaintiffs whether known, or unknown, against Defendants, their successors, assigns, and all past and present officers, directors, owners, employees, representatives, and agents, including and without limitation, for all unpaid wages, liquidated damages, compensatory damages, statutory damages, interest, and attorneys' fees and costs, up to the date of acceptance of this offer. This offer of judgment is made for the purposes specified in Rule 68, Fed R. Civ. P., and is not to be construed as an admission that Defendants are liable in this action on the causes of action in question or on any other causes of action that could have been asserted by Plaintiffs, or that Defendants have in any manner or way violated Plaintiffs' rights or the rights of any other person or entity. If Plaintiffs accept this offer of judgment, no further payment will be due from Defendants to Plaintiffs with respect to this matter or any other matter arising out of their alleged employment with Defendants.

In the event of an alleged breach of this Agreement for Defendants' failure to timely make settlement payments in accordance with the time set forth in this Offer, Plaintiffs' counsel shall send written notice of such breach by e-mail and first-class mail to Defendants' respective attorneys as follows: for Elite Airline Linen of New York, Inc. d/b/a Royal Airline Linen of New York Inc. to Bradley J. Bartolomeo, Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street,

21st Floor, New York, New York 10005, bradley.bartolomeo@lewisbrisbois.com; for Sandofresh Cleaning Service, Scott J. Farrell, Miller Law Offices, PLLC, 23 Langdon Place, Lynbrook, New York 11563. scott@millerlawofficespllc.com. Upon notice of such breach, Defendants shall have ten (10) business days to cure such breach. In the event any such breach is not cured with in ten (10) business days, Plaintiffs shall be entitled to post-judgment interest (for that specific breach, and not for any settlement payment(s) which are yet to be due) for each day the breach remains uncured at the statutory post-judgment interest rate current at the time of the acceptance of this Offer of Judgment, not to exceed 9%, and costs and expenses, including reasonable attorneys' fees, incurred in enforcing this judgment. Post-judgment interest must be held by Plaintiff's counsel in escrow, and may only be released to Plaintiff's counsel and/or Plaintiffs contingent on Plaintiff's counsel filing a satisfaction of judgment within seven (7) days of receipt of final payment in fulfillment of the obligations outlined above. In the event the satisfaction of judgment is not filed within such time, Plaintiff's counsel is obligated to return such Post-judgment interest to Defendants' counsel within seven (7) days.

Dated: Brooklyn, New York  
      March 7, 2022

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk